**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

YASHARAHLA KUSSO,

Plaintiff,

v.

RESURGENT CAPITAL SERVICES, L.P.,

Defendant.

Case No.: 6:26-cv-2451-JDA-TER

**NOTICE OF SETTLEMENT**

COMES NOW, Defendant, Resurgent Capital Services, L.P., by and through undersigned counsel, and hereby submits this Notice of Settlement to notify the Court that the parties have reached an amicable settlement of the above styled matter and request all hearings, mediations, and/or depositions be cancelled, and further request the parties be excused from any future court scheduled matters. The Court shall retain jurisdiction to enforce the terms of the settlement.

Dated: August 31, 2026

Respectfully submitted,

/s/ David A. Grassi, Jr.
David A. Grassi, Jr. (Fed I.D. 12693)
Frost Echols, LLC
Mailing Address:
P.O. Box 12645
Rock Hill, SC 29731
Physical Address:
300 Chatham Ave., Suite 310
Rock Hill, SC 29730
Phone: (803) 329-8970
Email: david.grassi@frostechols.com

*Counsel for Defendant Resurgent Capital Services, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a true and correct copy of the foregoing document has been filed and served electronically in the CM/ECF system and a copy has been served upon pro se Plaintiff via email and/or U.S. Mail, addressed as follows:

Yasharahla Kusso
100 Trowbridge Road
Columbia, SC 29229
yasharahlakusso@myyahoo.com

/s/ David A. Grassi, Jr.